

**SO ORDERED,**

**Judge Katharine M. Samson**
**United States Bankruptcy Judge**
**Date Signed: November 25, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

| | |
|---|---|
| **IN RE:** | **CHAPTER 13** |
| **CHRISTINE ELIZABETH & JAMES MICHAEL JOHNSON** | **CASE NO. 23-50905-KMS** |

<u>**ORDER RELEASING EARNINGS OF DEBTOR**</u>
**JAMES MICHAEL JOHNSON (SSN # XXX-XX-9818)**

THE ORDER **(Dkt. 12)** heretofore entered in these proceedings by which the debtor's employer:

**USPS**
**2825 Loan Oak Pkwy**
**Saint Paul MN 55121-9617**

was directed to pay Debtor's wages or a portion thereof to:

**WARREN A. CUNTZ, JR. TRUSTEE**
**P.O. BOX 3749**
**GULFPORT MS 39505-3749**
**(228) 831-9531 / (228) 831-9902**

<u>**IS VACATED, AND THE ABOVE-NAMED EMPLOYER IS AUTHORIZED TO CEASE PAYING EARNINGS AND/OR INCOME TO THE ABOVE-NAMED TRUSTEE.**</u>

**##END OF ORDER##**