United States Bankruptcy Court
Southern District of Mississippi

In re:  
Christine Elizabeth Johnson  
James Michael Johnson  
    Debtors

Case No. 23-50905-KMS  
Chapter 13

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christine Elizabeth Johnson, James Michael Johnson, 3906 River Trace Drive, Diberville, MS 39540-5555 |
| 5247756 | | Coast Electric, 6375 US-11, Picayune, MS 39466 |
| 5313367 | + | HARRISON CO UTILITY, 10271 EXPRESS DR, GULFPORT, MS 39503-4676 |
| 5315004 | + | Harrison County Utility Authority, 10271 Express Drive, Gulfport, MS 39503-4676 |
| 5247763 | + | LVNV, 120 Corporate Blvd, Ste 100, Norfolk, VA 23502-4952 |
| 5247769 | + | Sutter Water, 396 Clark Ave, Pass Christian, MS 39571-3804 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 06 2026 00:31:00 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5247750 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 05 2026 19:40:30 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 5278653 | + | EDI: MAXMSAIDV | Jan 06 2026 00:31:00 | Aidvantage on behalf of: The Department of, Education, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 5263922 | | Email/PDF: bncnotices@becket-lee.com | Jan 05 2026 19:40:24 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5247751 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2026 19:40:24 | Amex, Attn: Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 5247752 | + | Email/PDF: bncnotices@becket-lee.com | Jan 05 2026 19:40:29 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 5247753 | + | EDI: BANKAMER | Jan 06 2026 00:31:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 5247754 | + | EDI: BANKAMER | Jan 06 2026 00:31:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 5247755 | + | EDI: CITICORP | Jan 06 2026 00:31:00 | CitiBank, 701 East 60th St N, Sioux Falls, SD 57104-0432 |
| 5247759 | | EDI: IRS.COM | Jan 06 2026 00:31:00 | Department of the Treasury, Internal Revenue Service, PO BOX 7346, Philadelphia PA 19101-7346 |
| 5250478 | | EDI: DISCOVER | Jan 06 2026 00:31:00 | Discover Bank, PO Box 3025, New Albany Ohio 43054-3025 |
| 5247757 | + | EDI: DISCOVER | Jan 06 2026 00:31:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 5249619 | + | EDI: AISACG.COM | Jan 06 2026 00:31:00 | Ford Motor Credit Company, LLC, 4515 N. Santa |

| District/off: 0538-6 | User: mssbad | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 31 |

| | | | | |
|---|---|---|---|---|
| | | | | Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5247758 | + | Email/Text: Bankruptcy@Freedommortgage.com | Jan 05 2026 19:36:00 | Freedom Mortgage, Attn: Bankruptcy, 907 Pleasant Valley, Ste 3, Mt Laurel, NJ 08054-1210 |
| 5247760 | + | Email/Text: ebone.woods@usdoj.gov | Jan 05 2026 19:36:00 | Internal Revenue Servi, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5247761 | + | Email/Text: melissa.martin@kfcu.org | Jan 05 2026 19:36:00 | Keesler Federal Credit Union, Attn: Bankruptcy, Po Box 7001, Biloxi, MS 39534-7001 |
| 5249207 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 19:40:24 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5247762 | + | Email/Text: EBNBKNOT@ford.com | Jan 05 2026 19:36:00 | Lincoln Automotive Fin, Pob 542000, Omaha, NE 68154-8000 |
| 5247764 | + | Email/Text: bankruptcy@onlineis.com | Jan 05 2026 19:36:00 | Online Collections, Attn: Bankruptcy, Po Box 1489, Winterville, NC 28590-1489 |
| 5247765 | | EDI: PRA.COM | Jan 06 2026 00:31:00 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5247766 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 05 2026 19:40:27 | Resurgent Capital, P.O. Box 10675, Greenville, SC 29603-0675 |
| 5247768 | + | EDI: MAXMSAIDV | Jan 06 2026 00:31:00 | Sallie Mae, Inc, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 5247767 | + | Email/PDF: Bankruptcy_Prod@mohela.com | Jan 05 2026 19:40:24 | Sallie Mae, Inc, Attn: Bankruptcy, Po Box 9500, Wilkes Barre, PA 18773-9500 |
| 5247770 | | EDI: SYNC | Jan 06 2026 00:31:00 | Synchrony, Attn: Bankruptcy, PO Box 955060, Orlando, FL 32896-5060 |
| 5247771 | ^ | MEBN | Jan 05 2026 19:31:34 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |

TOTAL: 25

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern, PA 19355-0701 |
| cr | *+ | Ford Motor Credit Company, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | *+ | Harrison County Utility Authority, 10271 Express Drive, Gulfport, MS 39503-4676 |
| 5263923 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026         Signature:        /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 3 of 3 |
| Date Rcvd: Jan 05, 2026 | Form ID: 3180W | Total Noticed: 31 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Thomas Carl Rollins, Jr | on behalf of Joint Debtor James Michael Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Christine Elizabeth Johnson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Warren A. Cuntz T1, Jr. | wcuntzcourt@gport13.com waccourt1@gmail.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Christine Elizabeth Johnson** | Social Security number or ITIN   xxx−xx−3775 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **James Michael Johnson** | Social Security number or ITIN   xxx−xx−9818 |
| | First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   23−50905−KMS | | |

# Order of Discharge

12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

**Christine Elizabeth Johnson**

**James Michael Johnson**
aka Michael Johnson

Dated: 1/5/26

**By the court:**   /s/Katharine M. Samson
United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**